AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 1-31-06 |
| NAME OF SERVER (PRINT) Hayward Pinkwater | TITLE | File Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: U.S. Department of Justice, Room B-103
950 Pennsylvania Ave, NW, Washington, DC 20530-001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL By Taxi | SERVICES Summons | TOTAL $70.00* |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/06   *Hayward Pinkwater*
             Date       Signature of Server

2175 K St. N.W. Suite 600
Washington, D.C. 20037
Address of Server

*ALL 3 DELIVERIES WERE DONE WITH THE USE OF THE SAME TAXI.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.