AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-31-06 |
| NAME OF SERVER (PRINT) Hayward Drinkwater | TITLE File Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: United States Department of Homeland Security, 601 12th Street, C-3, Arlington, VA  22202-4220

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| By Taxi | Summons | *$70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/06  
Date

Signature of Server: Hayward Drinkwater

Address of Server: 2175 K St. N.W. Suite 600, Washington, D.C. 20037

* ALL 3 DELIVERIES WERE DONE WITH THE USE OF THE SAME TAXI.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.