AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-31-06 |
| NAME OF SERVER (PRINT) Hayward Pinkwater | TITLE File Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: U.S. Attorney's Office for the District of Columbia, 501 3rd Street, 4th Floor, Washington, DC  20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| By Taxi | Summons | $70.00* |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/06            Hayward Pinkwater
                Date                        Signature of Server

2125 A. St. N.W. Suite 600
Washington, D.C. 20037
Address of Server

\* ALL 3 DELIVERIES WERE DONE WITH THE USE OF THE SAME TAXI.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.