UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Civil Action 06-0163 (RMU) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, requests an enlargement of time up to and including May 4, 2006, in which to answer or respond to Plaintiff's Complaint. Plaintiff's counsel does not object to request for extension of time.

The additional time is requested because counsel will be on leave from March 16 - 31, 2006, and will be unable to complete the discussions with the agency for a response to the complaint by April 3, 2006. Upon her return, counsel will be able to complete the coordination with the agency for the filing of defendant's response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, defendant requests up to and including May 4, 2006 in which to file its answer or response to Plaintiff's Complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this ____ day of March, 2006, that a copy of the foregoing was filed and served by first-class mail, postage prepaid to:

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, P.C.
2175 K Street, N.W.
Suite 600
Washington, D.C. 20037

 

_____
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224