IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULA L. JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.: 05-0504 (PLF) |
| | ) |
| **v.** | ) |
| | ) |
| **BETH ANN TELFORD,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this_____ day of _____, 2006

ORDERED that defendants shall have up to and including March 20, 2006 in which to reply in support of their dispositive motions.

_____
UNITED STATES DISTRICT JUDGE