IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD D. LIEBERMAN** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0163 (RMU) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the complaint up to and including May 20, 2006.

The answer to the complaint is presently due May 4, 2006. Counsel for the defendant is unexpectedly out of the office due to the death of her father. Counsel is not expected to return to the office until after the due date. This absence has significantly affected her ability to meet existing deadlines in this and other cases.

Plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including May 20, 2006 to answer or otherwise respond to the complaint.

Respectfully submitted,


\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

2