IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD D. LIEBERMAN**     ) | |
|            **Plaintiff,**     ) | |
| v.     ) | Civil Action No. 06-0163 (RMU) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**     ) | |
|            **Defendant.**     ) | |

## ORDER

UPON CONSIDERATION OF defendant's Motion for an Enlargement of Time, and the entire record in this case, it is this _____ day of _____, 2006, hereby

ORDERED that defendant's motion is hereby GRANTED; it is further

ORDERED, that defendant shall have up to and including May 20, 2006 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Attorney for Defendant
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Plaintiff Pro Se
RICHARD DONALD LIEBERMAN
McCarthy, Sweeney & Harkaway, PC
2175 K Street, NW
Suite 600
Washington, D.C. 20037