IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD D. LIEBERMAN**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**UNITED STATES DEPARTMENT OF**  )<br>**HOMELAND SECURITY**  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-0163 (RMU) |

### DEFENDANT'S UNOPPOSED MOTION FOR A
### FURTHER ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a further enlargement of time to respond to this FOIA complaint up to and including July 21, 2006.

The U.S. Immigration and Customs Enforcement (ICE) FOIA office did not receive all the information sought by plaintiff from the pertinent ICE field until May 19, 2006. The parties have engaged in preliminary discussions with regard to the release of the information. The parties anticipate that information will be released, with any appropriate redactions, by June 26, 2006. Thereafter, plaintiff will advise defendant as to any objections to the information released within seven calendar days. After these discussions are completed, plaintiff will either file a praecipe of dismissal or defendant will file a dispositive motion.

Wherefore, it is respectfully requested that the defendant have up to and including July 21, 2006 to file its dispositive motion.

Respectfully submitted,


\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224