IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD D. LIEBERMAN**   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**UNITED STATES DEPARTMENT OF**   )<br>**HOMELAND SECURITY**   )<br>)<br>Defendant.   )<br>) | Civil Action No. 06-0163 (RMU) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for a Further Enlargement of Time, and the entire record in this case, it is this _____ day of _____, 2006, hereby

ORDERED that defendant's motion is hereby GRANTED; it is further

ORDERED, that defendant shall have up to and including July 21, 2006 to respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies:

| Attorney for Defendant | Plaintiff Pro Se |
|---|---|
| WYNEVA JOHNSON | RICHARD DONALD LIEBERMAN |
| Assistant United States Attorney | McCarthy, Sweeney & Harkaway, PC |
| Judiciary Center Building | 2175 K Street, NW |
| 555 4th Street, N.W. Civil Division | Suite 600 |
| Washington, D.C. 20530 | Washington, D.C. 20037 |