UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-0163 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS WITH PREJUDICE

The Plaintiff, Richard D. Lieberman, hereby moves to dismiss the above referenced civil action, with prejudice. The Defendant, United States Department of Homeland Security, has provided Plaintiff with the documents requested under the terms of the Freedom of Information Act. The government concurs with this motion for dismissal with prejudice.

Respectfully submitted,

By /s/ Richard D Lieberman
Richard D. Lieberman
DC Bar No. 419303
McCarthy, Sweeney and Harkaway, PC
2175 K Street, NW
Suite 600
Washington, DC 20037
Telephone: (202) 775-5560
Facsimile: (202) 293-5574
Attorney for Plaintiff

Dated: July 18, 2006

FOIA Complaint Dist. Court

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I filed the forgoing Motion to Dismiss through the Court's CM/ECF electronic filing system, thereby constituting service of process in accordance with LCv.R 5.4.

DATE: July 18, 2006

Richard D. Lieberman
McCarthy, Sweeney, & Harkaway, P.C.
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574