UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD D. LIEBERMAN  )  | |
| ) | |
| ) | |
| Plaintiff,  ) | Civil Action No. 06-0163 (RMU) |
| ) | |
| v.  ) | |
| ) | |
| UNITED STATES DEPARTMENT OF  ) | |
| HOMELAND SECURITY  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## MOTION TO SUPPLEMENT PRIOR MOTION

On July 18, 2006, Plaintiff, Richard D. Lieberman, moved to dismiss the above referenced civil action, with prejudice. The motion was not accompanied by a draft order. A draft order is attached hereto.

Respectfully submitted,

By _____
Richard D. Lieberman
DC Bar No. 419303
McCarthy, Sweeney and Harkaway, PC
2175 K Street, NW
Suite 600
Washington, DC 20037
Dated: July 28, 2006        Telephone: (202) 775-5560
Facsimile: (202) 293-5574
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Defendant. ) | Civil Action No. 06-0163 (RMU) |

ORDER

The above referenced civil action is dismissed with prejudice. So Ordered.

_____
United States District Judge

Dated::_____

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I filed the forgoing Motion to Supplement Prior Motion With Order through the Court's CM/ECF electronic filing system, thereby constituting service of process in accordance with LCv.R 5.4.

DATE: July 28, 2006

Richard D. Lieberman
McCarthy, Sweeney, & Harkaway, P.C.
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574